PROB 12C
(NYEP-12/2/04)

# United States District Court

for the

## Eastern District of New York

Petition for Warrant or Summons for Offender Under Supervision



Name of Offender: **Christopher Silva**                                   Case Number **03-CR-466-01**

Name of Sentencing Judicial Officer: **The Honorable John Gleeson, U.S. District Court Judge**

Date of Original Sentence: **March 26, 2004**

Original Offense: **Importation of Cocaine, 21 USC 952 (a)**

Original Sentence: **Time Served; 3 Years Supervised Release, $100 Special Assessment Fee and the following special conditions: substance abuse treatment and successful completion of Daytop Village Residential Substance Abuse Treatment Program.**

Violation: **2 months incarceration followed by 2 years and 10 months supervised release and the special conditions for mental health and substance abuse treatment ordered on September 16, 2004.**

Type of Supervision: **Supervised Release**        Date Supervision Commenced: **March 26, 2004**

Assistant U.S. Attorney: **To Be Assigned**        Defense Attorney: **Jan Rostal, Esq.**

==================================================================

## PETITIONING THE COURT

☐   To issue a warrant.

☒   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Failure to comply with mental health and substance abuse treatment. |
| 2. | Failure to report to probation officer. |
| 3. | Failure to report police contact. |
| 4. | Failure to work regularly at a lawful occupation. |
| 5. | Failure to report change of employment within 10 days. |
| 6. | Failure to pay special assessment fee. |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be
   ☐ Revoked
   ☐ Extended for _____ years, for a total term of _____ years.

☒ The conditions of supervision should be modified as follows:
Placement in a community confinement center for 4 months or revocation should the defendant continue to be averse to such placement.

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

_Jeanine Manno_
Jeanine Manno
U.S. Probation Officer
Date: January 26, 2006

Approved by:

_Andrew J. Bobbe_ by mj
Andrew S. Bobbe
Senior Deputy Chief U.S. Probation Officer
Date: January 26, 2006

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
☒ The Issuance of a Summons.
☐ Other

s/John Gleeson
Signature of Judicial Officer

1-30-06
Date