UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA         :

   -against-                              :

Christopher Silva                        :  _____ ORDER

   Defendant.                           :  03-0466

------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2010 ★
BROOKLYN OFFICE

Upon the motion of attorney Jan A. Rostal, Esq., of Federal Defenders of New York and upon all prior papers and proceedings, it is hereby

ORDERED, that Dr. Alexander Bardey, M.D., 345 E 37th St., New York, NY 10016, be permitted to review any and all records relating to the mental health or drug treatment of defendant Christopher Silva, and to consult with his previous supervising probation officers regarding his adjustment to treatment and supervision.

DATED:   BROOKLYN, N.Y.
          September 24, 2010

                                  s/John Gleeson
                                  HONORABLE JOHN GLEESON
                                  UNITED STATES DISTRICT JUDGE

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 24, 2010

BY ECF
The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   U.S.A. v. Christopher Silva, 03 CR 466

Your Honor:

Your Honor previously signed an order allowing Dr. Alexander Bardey, a state certified psychiatrist, to examine Mr. Silva, who is now serving his sentence at the MDC on the Violation of Supervised Release. The Federal Defender Office is paying for the evaluation. Dr. Bardey wants to review records of Mr. Silva's progress in previous mental health and substance abuse treatment. I have spoken to Probation Officer Manno, who is willing to provide us this information but needs a Court order for her file.

Thank you.

Respectfully Submitted,

/s/

JAN A. ROSTAL, ESQ.
(718) 330-1207
Jan_Rostal@fd.org

cc: Jason Jones, Esq. (AUSA)